THOMAS J. GODDARD
thomas@lawz.app
530 Chaparral Loop
Vacaville, CA 95688
Telephone: (415) 985-5539
Plaintiff, pro se
Pepperdine University
Administrative Law & Litigation + International Law

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

NEUTRINO LABS LLC,

Defendant.

Case No. 3:26-cv-01043-AMO

**NOTICE OF CHANGE OF ADDRESS**

*Civ. L.R. 3-11*

Judge: Hon. Araceli Martínez-Olguín

## I. NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 3-11 of the United States District Court for the Northern District of California, Plaintiff Thomas Joseph Goddard, appearing *pro se*, hereby provides notice that his address of record for service of all papers and correspondence in the above-captioned action has changed, effective immediately. All future filings, notices, orders, and correspondence in this matter should be directed to the new address set forth below.

### A. Former Address (no longer valid)

Thomas Joseph Goddard
1910 N. Main Street, #627
Walnut Creek, CA 94596

### B. New Address (effective immediately)

Thomas Joseph Goddard
**530 Chaparral Loop**
**Vacaville, CA 95688**

### C. Contact Information Unchanged

The following contact information remains the same and is valid for service and all correspondence:

Email: `thomas@goddard.app`
Email: `thomas@lawz.app` (and any address at the `lawz.app` domain)
Email: `thomas.goddard@icloud.com`
Telephone: (415) 985-5539

Service by electronic mail to any of the above addresses constitutes valid, complete, and effective service under the parties' agreed electronic-service practice, the federal Electronic Signatures in Global and National Commerce Act, 15 U.S.C. § 7001(a) ("E-SIGN Act"), and the California Uniform Electronic Transactions Act, California Civil Code §§ 1633.7, 1633.8, and 1633.15.

**D. Request to Update CM/ECF and Court Records**

Plaintiff respectfully requests that the Clerk of the Court update the official docket and the CM/ECF system to reflect Plaintiff's new address as set forth above. Plaintiff has also updated his CM/ECF contact information through the PACER Account Management portal.

**E. ADA Accommodation Notice**

Plaintiff is a person with a qualifying disability and has been granted accommodations under Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131–12134. To the extent the Court or any party has previously been authorized to communicate by postal mail, Plaintiff respectfully reiterates his election for **electronic communication** as a reasonable accommodation. The above postal address is provided for completeness of the record and for service of any document the Court directs to be served in paper form.

**II. CONCLUSION**

Plaintiff respectfully requests that all parties and the Court direct all future correspondence, notices, orders, and filings to the new address and electronic contact information set forth above. Plaintiff will continue to monitor the CM/ECF system and the listed email addresses for service.

Dated: June 4, 2026

By: /s/Thomas Joseph Goddard
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se

## III. CERTIFICATE OF SERVICE

I, Thomas Joseph Goddard, certify that on the date of filing identified on the ECF docket I caused the foregoing *Notice of Change of Address* to be filed electronically with the Clerk of the Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to all counsel of record registered to receive electronic notice (including counsel for Defendant Neutrino Labs LLC), and that a true & correct copy was served by electronic mail on each appearing party at the addresses of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true & correct. Executed at Vacaville, California.

Dated: June 4, 2026

By: /s/Thomas Joseph Goddard
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se