UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

NEUTRINOLABS, LLC, et al.,

Defendants.

Case No.  26-cv-01043-AMO

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 16

On April 29, 2026, the Court dismissed Plaintiff Thomas Joseph Goddard's complaint with leave to amend.  Dkt. No. 16.  An amended complaint was due within 30 days of the order.  *Id.* at 4.  That deadline has passed, and Plaintiff has not filed an amended complaint.

Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for failure to prosecute.  Plaintiff shall file a written response to this Order to Show Cause by no later than June 18, 2026.  Plaintiff's written response shall not exceed three (3) pages. If Plaintiff intends to move forward with this case, his amended complaint must also be filed by June 18, 2026, with the redline required by the Court's Standing Order for Civil Cases.  Failure to file all required documents by June 18, 2026, will result in dismissal for failure to prosecute without further notice.

**IT IS SO ORDERED.**

Dated: June 5, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California