United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,
Plaintiff,

v.

NEUTRINOLABS, LLC, et al.,
Defendants.

Case No. 26-cv-01043-AMO

**ORDER OF DISMISSAL**

Re: Dkt. No. 24

On April 29, 2026, the Court dismissed Plaintiff Thomas Joseph Goddard's complaint with leave to amend. Dkt. No. 16. Plaintiff's amended complaint was due within 30 days of the order. *Id.* at 4. That deadline passed without response. On June 5, 2026, the Court issued an order to show cause why the action should not be dismissed for failure to prosecute. Dkt. No. 24. Plaintiff's written response to the show cause order was due June 18, 2026. The Court warned that failure to file a response by June 18, 2026, would result in dismissal for failure to prosecute without further notice. Plaintiff did not file a response by the June 18 deadline, and he has not filed anything further in the intervening period. Therefore, the Court **DISMISSES** the action without prejudice. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

Dated: August 6, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**